■ In the Matter of AALIYAH B. and Others, Children Alleged to be Neglected. ONONDAGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent; CHRISTINA B., also Known as CHRISTINA M., Appellant. [45 NYS3d 836]—Appeal from a corrected order of the Family Court, Onondaga County (Julie A. Cecile, J.), entered January 8, 2016 in a proceeding pursuant to Family Court Act article 10. The corrected order, among other things, adjudged that respondent had neglected the subject children.

It is hereby ordered that the corrected order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Whalen, P.J., Smith, DeJoseph, Curran and Scudder, JJ.

■ In the Matter of ALAN R. PFLANZ, SR., Appellant, v ALICIA M. PFLANZ, Respondent. (And Another Proceeding.) [45 NYS3d 837]—Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, J.), entered July 22, 2015 in a proceeding pursuant to Family Court Act article 6. The order, among other things, granted primary physical custody of the subject children to Alicia M. Pflanz.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Warren v Hibbs*, 136 AD3d 1306, 1306 [2016]). Present—Whalen, P.J., Smith, DeJoseph, Curran and Scudder, JJ.

■ GARY SKALYO, Appellant-Respondent, v LAUREL PARK CONDOMINIUM BOARD OF MANAGERS et al., Respondents-Appellants. (Appeal No. 1.) [45 NYS3d 837]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered October 8, 2015. The order, inter alia, granted summary judgment to defendants on their first and second counterclaims.

It is hereby ordered that said appeal is unanimously dismissed (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]) and the cross appeal is dismissed without costs (*see Benedetti v Erie County Med. Ctr. Corp.*, 126 AD3d 1322, 1323 [2015]; *see also* CPLR 5511). Present—Whalen, P.J., Smith, DeJoseph, Curran and Scudder, JJ.